IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHIANE CREAMER, as parent and Next friend of KC, a minor,<br><br>    Plaintiff,<br><br>v.<br><br>VILLAGE OF SWANSEA DETECTIVE JASON FRANK, STAR NO. 26,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 22-cv-2461-SMY<br>)<br>)<br>)<br>)<br>) |

**ORDER APPROVING MINOR'S SETTLEMENT**

This matter coming before the Court on Petition to Approve Minor's Settlement, the Court having considered the Petition on file herein, finds as follows:

    1.    Petitioner Chiane Creamer is the mother and next friend of K.C., a minor.

    2.    Petitioner, on behalf of the minor, has asserted a claim against Defendant Jason Frank, alleging that the minor was falsely detained as a possible suspect on or about March 24, 2021, in the Village of Swansea, St. Clair County, Illinois, and suffered injuries which did not require medical care.

    3.    Defendant has agreed to pay a total of Twelve Thousand Dollars ($12,000.00) in compromise and settlement of all claims of the minor, including his claim for medical expenses, pain and suffering, and any other miscellaneous damages arising out of the aforementioned detainment, subject to this Court's approval.

    5.    The terms and conditions of the settlement are fair and equitable, and the Court finds that it is in the best interest of the minor that said matter be settled on the terms of the offer.

Therefore, **IT IS HEREBY ORDERED** as follows:

1. Chiane Creamer, as parent and next friend of K.C., a minor person, is hereby authorized to settle the cause of action of the minor pursuant to the terms prayed for in the Petition to Approve Minor's Settlement filed herein, including the execution of any and all appropriate releases, covenants, and settlement agreements pertaining thereto.

2. The Court specifically finds that the settlement is fair and reasonable and is in the best interest of the minor, and the settlement is, therefore, approved by the Court according to the terms set out in the Petition to Approve Minor's Settlement.

3. Defendant Jason Frank, through his insurer, is ordered to pay forthwith the sum of $12,000.00, made jointly payable to Plaintiff's Counsel, Ed Fox & Associates, LTD. and Chiane Creamer, as parent and next friend of K.C., a minor.

4. The settlement proceeds shall be distributed as follows:

| | |
|---|---|
| $12,000.00 | Settlement Amount |
| $4,800.00 | Attorney Fees |
| $410.72 | Attorney Costs |
| $6,789.28 | Net to Minor |

5. Petitioner shall deposit the minor's $6,789.28 net settlement proceeds in a restricted interest-bearing account, not to be distributed until the minor reaches majority age on December 21, 2024, and shall file verification of having done so with the Court.

**IT IS SO ORDERED.**

**DATED: May 3, 2023**

**STACI M. YANDLE**
**United States District Judge**